IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:26-00052

CLARENCE JEAN MILLER

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to suppress. On July 27, 2026, a hearing on that motion was held. The court ordered that the parties file post-hearing briefs. While the government has filed its brief, defendant requires additional time to file a response. Trial of this matter is scheduled for August 18, 2026, less than a week away. It will be impossible for the court to resolve the motion to suppress prior to the current trial date.

Accordingly, the court hereby **ORDERS** as follows:

1.  Trial of this action is **CONTINUED** until September 16, 2026, at 9:30 a.m., in Charleston.

2.  Unless a motion requesting additional time is filed, defendant's post-hearing brief is due no later than August 19, 2026. Once briefing is complete, the court will take the matter under advisement.

3.  Pursuant to 18 U.S.C. § 3161(h)(1)(D) and § 3161(h)(1)(H), the time from now until the trial is

excludable for purposes of the Speedy Trial Act.  <u>See</u> <u>United States v. Myrick</u>, 150 F.4th 308, 315-16 (4th Cir. 2025).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 12th day of August, 2026.

ENTER:

David A. Faber
Senior United States District Judge